WESTLEY MASON, Respondent, *vs.* THE ST. LOUIS AND IRON MOUNTAIN RAILROAD COMPANY, Appellant.

Tiarks v. Same, *ante* p. 45 affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden,* for Appellant.

*Cahoon, and Duchouquette,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case is in all respects similar to the case of Tiarks vs. The St. Louis and Iron Mountain Railroad *ante* p. 45, and for the reasons therein given, the judgment must be reversed and the cause remanded. The other judges concur.

———O———

SAMUEL SHRUM, Respondent, *vs.* THE ST. LOUIS AND IRON MOUNTAIN RAILROAD Co., Appellant.

Tiarks vs. Same, *ante* p. 45, affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden,* for Appellant.

*B. B. Cahoon, and J. B. Duchouquette,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The questions in this case are the same as those presented in Tiarks vs. The St. Louis & Iron Mountain Railroad *ante* p. 45, and for the reasons given in that case, the judgment herein must be reversed and the cause remanded. The other judges concur.